IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:25-cv-000229

SINGLETON VISION CENTER, P.A.,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA

    Defendant.

## DEFENDANT'S MOTION TO DISMISS

Defendant Blue Cross and Blue Shield of North Carolina ("Blue Cross NC"), through counsel, moves the Court to dismiss the Complaint with prejudice under Rules 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Local Rules 7.2 and 7.3, Defendant Blue Cross NC is submitting a supporting brief and corresponding exhibits contemporaneously with the filing of this Motion.

WHEREFORE, Defendant Blue Cross NC respectfully requests that the Court dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted.

Respectfully submitted this 28th day of March, 2025.

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ *Chase H. Stevens*
Bradley A. Roehrenbeck  (N.C. Bar No. 34180)
Chase H. Stevens (N.C. Bar No. 55099)
broehrenbeck@ktslaw.com
chstevens@ktslaw.com
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Telephone:  (336) 607-7300
Facsimile:   (336) 607-7500

*Counsel for Defendant Blue Cross
and Blue Shield of North Carolina*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS** and served the same upon counsel of record by e-mail and by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

>Bruce W. Berger
>W. Stacy Miller, II
>Miller Law Group, PLLC
>2424 Glenwood Avenue
>Raleigh, NC 27608
>Telephone: (919) 348-4361
>Facsimile: (919) 729-2953
>bruce@millerlawgroupnc.com
>stacy@millerlawgroupnc.com
>
>*Counsel for Plaintiff*

This the 28th day of March, 2025

>/s/ *Chase H. Stevens*
>Bradley A. Roehrenbeck (N.C. Bar No. 34180)
>Chase H. Stevens (N.C. Bar No. 55099)
>broehrenbeck@ktslaw.com
>chstevens@ktslaw.com
>Kilpatrick Townsend & Stockton, LLP
>1001 West Fourth Street
>Winston-Salem, North Carolina 27101-2400
>Telephone: (336) 607-7300
>Facsimile: (336) 607-7500
>
>*Counsel for Defendant Blue Cross*
>*and Blue Shield of North Carolina*